S. B. PALMER, plaintiff in error, *vs.* JOHN PALMER, defendant in error.

(BY TWO JUDGES.) If what purports to be a copy of the record is not certified by the Clerk the cause will be dismissed. (R.)

If no part of the record is certified there can be no suggestion of a diminution of the record. (R.) 15th January, 1872.

Practice in Supreme Court. From Dawson county.

The bill of exceptions was properly certified. But what was sent up as a copy of the record had no certificate. Defendant's counsel moved to dismiss the cause because no certified record had been sent up. Plaintiff's counsel said he would suggest a diminution of the record. The Court replied that there was nothing certified upon which a suggestion of diminution could be made, and dismissed the cause.

WIER BOYD; H. P. BELL, for plaintiff in error.

GEORGE D. RICE, for defendant.

The cause of N. H. GOSS *vs.* J. W. BOND, from the same county, was dismissed for the same reason.

WIER BOYD, for plaintiff in error.

J. N. DORSEY, for defendant.